**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD A. CARROLL  Plaintiff,  v.  CLIFFORD TOWNSHIP, DENNIS KNOWLTON, Individually and in his Official Capacity as Chairman/Supervisor, and CHRIS MARCHO, Individually and in his Official Capacity as Supervisor,  Defendants. | CIVIL ACTION NO. 3:12-0553  (JUDGE CAPUTO) |

## ORDER

**NOW**, this 10th day of August, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 9) is **GRANTED in part and DENIED in part** as follows:

(1) Defendants' motion to dismiss all claims against Clifford Township is **GRANTED**. All claims against Clifford Township are **dismissed without prejudice**.
(2) Defendants' motion to dismiss Counts I, III, and IV of the Amended Complaint is **GRANTED**. Counts I, III, and IV of the Amended Complaint are **dismissed without prejudice**.
(3) Defendants' motion to dismiss Count II of the Amended Complaint against individual Defendants is **DENIED**.
(4) Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a Second Amended Complaint to properly plead his claims against Defendant Clifford Township and his retaliation claims against individual Defendants; otherwise, the claims will be **dismissed with prejudice**.

                                               /s/ A. Richard Caputo
                                               A. Richard Caputo
                                               United States District Judge