**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD A. CARROLL,<br><br>  Plaintiff,<br><br>  v.<br><br>CLIFFORD TOWNSHIP, DENNIS KNOWLTON, Individually and in his Official Capacity as Chairman/Supervisor, and CHRIS MARCHO, Individually and in his Official Capacity as Supervisor,<br><br>  Defendants. | CIVIL ACTION NO. 3:CV-12-0553<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 27th day of November, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 17) is **DENIED**. Defendants shall file an Answer to the Second Amended Complaint **within twenty-one (21) days** from the date of entry of this Order.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge