UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD A. CARROLL, | : |
| | : |
| Plaintiff | CIVIL ACTION NO. 3:12-0553 |
| | : |
| v. | |
| | : (JUDGE MANNION) |
| CLIFFORD TOWNSHIP, *et al.*, | |
| | : |
| Defendants | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the claims in the complaint, (Doc. No. 15), against defendants Knowlton and Marcho in their official capacities are **DISMISSED;**

**(2)** defendants' motion for summary judgment, (Doc. No. 33), is **GRANTED** as to Counts I, III, and IV of the complaint; and

**(3)** defendants' motion for summary judgment is **DENIED** as to Count II of the complaint.

**(4)** the **Final Pretrial Conference** will be held **at 2 p.m. on Thursday, February 6, 2014**, in Courtroom No. 3, William J. Nealon Federal Bldg & U.S. Courthouse, 235 N. Washington Ave., Scranton, PA.

**(5)** **Trial** will begin with jury selection **at 9 a.m. on Monday, March 10, 2014**, in the location noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: December 3, 2013

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0553-01-order.wpd