**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONALD A. CARROLL,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:12-0553** |
| | : |
| **v.** | |
| | :        **(JUDGE MANNION)** |
| **CLIFFORD TOWNSHIP,** *et al.*, | |
| | : |
| **Defendants** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    defendants' motion to exclude evidence of plaintiff's wage loss, (Doc. 41), is **GRANTED**;

(2)    Defendants' motion to exclude evidence of plaintiff's promotion to and/or status as Police Chief, Plaintiff's August 2009 lawsuit against the township, evidence regarding the legitimacy of the township's budget problems which resulted in the disbandment of the police department, prior bad acts of defendants Marcho and Knowlton relating to citizen complaints about plaintiff and Facebook comments made about plaintiff by a non-party, (Doc. 50), is **GRANTED**, and;

(3)    Plaintiff's motion, (Doc. 42), is **GRANTED** insofar as it moves to exclude evidence of citizen complaints about plaintiff issuing

citations, and **DENIED** insofar as it seeks to exclude evidence of the timing of the investigation of plaintiff and its effect on his employment status.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 7, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0553-02-order.wpd