**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONALD A. CARROLL,** : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:12-0553** |
| : | |
| v. | |
| : | **(JUDGE MANNION)** |
| **CLIFFORD TOWNSHIP, *et al.*,** | |
| : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, the award of punitive damages in the amount of $15,000.00 against Dennis Knowlton will be **DISMISSED**. The award of punitive damages in the amount of $15,000.00 against Chris Marcho will be **DISMISSED**. The Clerk is directed to enter judgment for plaintiff Donald Carroll in the amount of $1.00.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: May 13, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0553-03-order.wpd