

Mary C. Schemery, Esquire
Michael J. Zicolello, Esquire
Kyle W. Rude, Esquire

Melissa R. Clark, Esquire
Joshua J. Cochran, Esquire
Amy R. Boring, Esquire

January 18, 2013

Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640

   RE:   Donald Carroll v. Clifford Township, Dennis Knowlton and Chris Marcho
           Claim No: 862351
           Our File No: 550-3307

Dear Ms. Pollick:

    Enclosed please find a Rule 68 Offer of Judgment with respect to the above referenced matter.

    If you have any questions, please do not hesitate to contact me.

                                Very Truly Yours,

                                Amy R. Boring

Enclosures

cc:   Catherine Moffett-Johnson, EMC Insurance Companies - Claim No: 854352;
      w/enclosure

ATTORNEYS AT LAW
333 MARKET STREET / WILLIAMSPORT, PA 17701
570-321-7554 / FAX 570-321-7845

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD A. CARROLL,<br>    Plaintiff<br><br>v.<br><br>CLIFFORD TOWNSHIP, DENNIS KNOWLTON, Individually and in his Official Capacity as Chairman/Supervisor, CHRIS MARCHO, Individually and in his Official Capacity as Supervisor,<br>    Defendants | No: 3:12-CV-00553<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br>JUDGE CAPUTO |

## RULE 68 OFFER OF JUDGMENT

TO THE CLERK:

Kindly enter judgment in favor of Plaintiff and against Defendants in the amount of $10,000 plus reasonable attorney fees.

                                                    SCHEMERY ZICOLELLO

                                                    By:  s/Amy R. Boring
                                                           Amy R. Boring
                                                           I.D. No: 208461
                                                          Attorney for Defendants

                                                           333 Market Street
                                                           Williamsport, PA 17701
                                                           Telephone: (570) 321-7554
                                                           Facsimile: (570) 321-7845
                                                           Email: amy@sz-law.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD A. CARROLL,<br>　　　　Plaintiff<br><br>V.<br><br>CLIFFORD TOWNSHIP, DENNIS<br>KNOWLTON, Individually and in<br>his Official Capacity as Chairman/<br>Supervisor, CHRIS MARCHO,<br>Individually and in his Official Capacity<br>as Supervisor<br>　　　　Defendants | No: 3:12-CV-00553<br><br>CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

Amy R. Boring hereby certifies that a copy of the foregoing Rule 68 Offer of Judgment has been served upon the following individual and in the manner indicated below on this 18th day of January, 2013:

VIA UNITED STATES MAIL:
Cynthia L. Pollick, Esquire
363 Laurel Street
Pittston, PA 18640

SCHEMERY ZICOLELLO

By: s/Amy R. Boring
　　Amy R. Boring
　　I.D. #208461
　　Attorney for Defendants

333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: (570) 321-7845
Email: amy@sz-law.com