## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD A. CARROLL,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:12-0553** |
| | : |
| v. | |
| | :      **(JUDGE MANNION)** |
| **CLIFFORD TOWNSHIP, *et al.*,** | |
| | : |
| **Defendants** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff's motion for attorney fees, (Doc. 78), is **DENIED**. Plaintiff's motion to compel defendants to submit their attorney's time records, (Doc. 93), is **DISMISSED AS MOOT.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0553-04-order.wpd