# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD A. CARROLL,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:12-0553** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **CLIFFORD TOWNSHIP,** *et al.*, : | |
| : | |
| **Defendants** : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion for judgment as a matter of law, (Doc. 98), is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0553-05-order.wpd