**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONALD A. CARROLL,** | : |
| | : |
| **Plaintiff,** | **CIVIL ACTION NO. 3:12-0553** |
| | : |
| v. | |
| | :   **(JUDGE MANNION)** |
| **CLIFFORD TOWNSHIP,** *et al.*, | |
| | : |
| **Defendants**. | : |

## ORDER

In light of the Memorandum entered this day, **IT IS HEREBY ORDERED THAT** the plaintiff will be awarded costs in the amount of $430.77 under Rule 54(d). The Defendant shall forward the costs to the Plaintiff's counsel within fourteen (14) days of this order.

                                                     s/ *Malachy E. Mannion*
                                                     **MALACHY E. MANNION**
                                                     **United States District Judge**

**Dated: November 12, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0553-06-order.wpd